IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | Cr. No. 17-Cr-00196-JD |
| | ] | |
| WILLIAM A. BISCHOFF | ] | |

**DEFENDANT'S MOTION ON SELF-SURRENDER**

William A. Bischoff, defendant, respectfully moves through counsel that the date and time for him to surrender to the custody of the Bureau of Prisons (BOP) be extended from 2 PM on July 20, 2018 to 2 PM on September 7, 2018.

On June 20, 2018 the Court sentenced Bischoff to *inter alia* to 48 months in the custody of the BOP and three years of supervised release. It ordered him to report to the designated facility by 2 PM on July 20.   For the following reasons he requests that his self-surrender date be extended to September 7.

Bischoff very much wants to do whatever he can so that his victims receive restitution for his criminal conduct.   Attached in PDF is a letter from Bischoff to the Court.   He understands that it will be provided to the government and to the public via Electronic Case Filing and PACER.

Sale of Universal Waste Management (UWM) is imminent.   UWM and two national recycling companies are currently in negotiations for that sale.   Bischoff and - through Genesis Capital Partners - his victims have significant equity interests in that company   Since UWM's projected income for this year is over $800,000, and since it holds valuable recycling licenses, the value of UWM to these prospective purchasers should exceed three million dollars, based on the sale price of a business being a multiple of its income.    One or both of the prospective

purchasers are expected to make an offer to UWM within the next few weeks.   Although Bischoff will not participate directly in negotiations on the sale of the company, he has the experience and knowledge in mergers and acquisitions to advise the participants about valuing UWM and about negotiating as high a sale price as possible, including assessing the full value of its good will, its federal recycling license, and its growing New England customer base.   Two significant investors in Genesis/UMW, Wes Gardner and Jay Barnett, have advised counsel of the importance of Bischoff continuing to be available to review, analyze, and offer suggestions to them to maximize the company's value and so the return to them and the other victims.

Attached in PDF is a July 5, 2018 letter from Jay Bendis, president of Technology Transfer Consultants.   He seeks to engage the Bischoff's services with regard to a project to develop a system to monitor blood levels in pets.   Also attached in PDF is an analysis of the proposed project, which could be lucrative.   It is anticipated that Bischoff's role would be to make a presentation on behalf of the project within the next few weeks.   As stated in Bendis' letter, if the project succeeded Bischoff would receive one third of the proceeds, which in turn would go toward restitution to his victims.

Bischoff and his wife have been together for 55 years.   She played no part in his fraudulent conduct and is understandably traumatized.   She is moving into a temporary residence less expensive than their present apartment in York, Maine.   On July 17 movers came for their furniture and other possessions.   However, much of what the Bischoffs have accumulated over the years must be given away or otherwise disposed of.    A delayed self-surrender date would allow Bischoff to assist his wife in completing a difficult transition.

On July 16, 2018 Bischoff received an extension notice from Freepoint Solar LLC to extend the option agreement on his Vermont property [discussed in Footnote 5 of the Re-Revised

Presentence Investigation Report (PSR)] for an additional six months from July 25, 2018 to January 24, 2019.   Freepoint advised that it hopes to execute that option, purchase the property, and break ground in 2019.   Proceeds from that sale will go to the lienholders listed in Footnote 5, one of whom is among the victims listed in Paragraph 28 of the PSR.

The government opposes the relief sought herein.

No memorandum accompanies this motion because it calls for an exercise of the Court's discretion

WHEREFORE, it is respectfully requested that the Court grant said relief and such other and further relief as may be just.

Respectfully submitted,
WILLIAM A. BISCHOFF
By His Attorney,

Date: July 18, 2018

/s/ Bjorn Lange
Bjorn Lange (NHBA # 1426)
Assistant Federal Public Defender
22 Bridge Street
Concord, NH 03301
Tel. 603-226-7360
Bjorn_Lange@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2018 the above document was served via ECF to all counsel of record and that a copy will be e-mailed to William Bischoff.

/s/ Bjorn Lange
Bjorn Lange