TRULINCS 16047049 - BISCHOFF, WILLIAM A - Unit: DEV-I-A

----------------------------------------------------------------------

FROM: 16047049
TO:
SUBJECT:
DATE: 10/15/2019 04:53:33 PM

2019 OCT 22 A 7:56

October 15, 2019

The Honorable Joseph A. DiClerico
District of New Hampshire
53 Pleasant Street 4th Floor
Concord, NH 03301

RE:  United States of America v William A Bischoff
     Cr. No. 17-er-196-01-JD

Dear Judge DiClerico,

I respectfully request my IFRP payments be reduced to $25.00 per quarter during the balance of my sentence. I am 78 years old, my assets have all be seized by Government, my wife at 75 years old is destitute, on welfare, section 8 housing and food stamps. My daughter has borne the burden of payments to my commissary account to date and can no longer contribute enough to support me as well as pay more than $25.00 per quarter. I work two jobs here and make $10.48 a month, hardly enough to support the bare necessities needed here to exist.

In addition, the Government has collected over $2,000 from real estate payments that were due me, and will continue to collect $1000 every six months. Once I am released, I will be in a position to make larger contributions to restitution account. I would appreciate your thoughtful consideration to this request.

Respectfully yours,

William A Bischoff
16047-049

Ayer, Ma 01432

cc: The Honorable Joseph A DiClerico